IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
Elizabeth Caymares
    DEBTOR : BKY. NO. 5:23-bk-02305-MJC

O R D E R

Upon consideration of Debtor's Motion for an Extension of Time to file Chapter 13 Schedules.

It is Ordered that the Motion is Granted. Debtor has until **11/3/2023** to file the necessary Schedules, Plan and Statement of Financial Affairs in the above captioned matter.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: October 30, 2023