IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
**Elizabeth Caymares**
    DEBTOR : BKY. NO. 5:23-bk-02305-mjc

O R D E R

    AND NOW, this     day of         , 2023 upon consideration of Debtor's Application for an Extension of Time to file Chapter 13 Schedules.

    It is Ordered that the Motion is Granted. Debtor has until **11/17/2023** to file the necessary Schedules, Plan and Statement of Financial Affairs in the above captioned matter.