United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Elizabeth Caymares  
    Debtor

Case No. 23-02305-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2  
Date Rcvd: Nov 15, 2023      Form ID: ntnew341      Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Elizabeth Caymares, 137 Dad Burnhams Rd, Pine Grove, PA 17963-8388 |
| 5571679 | + | Capital Bank N.A., 2275 Research Blvd. Ste 600, Rockville, MD 20850-6238 |
| 5571682 | | Conrad Bicher, 137 Dad Burnhams Rd, Pine Grove, PA 17963-8388 |
| 5571689 | | Norton Rose Fulbright US LLP, 1301 Mckinney St Ste 5100, Houston, TX 77010-3095 |
| 5571690 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5571692 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5571693 | | Pine Grove Area School District, 103 School St, Pine Grove, PA 17963-1698 |
| 5571694 | | Schuylkill County Tax Claim Bureau, 401 N 2nd St, Pottsville, PA 17901-1756 |
| 5571696 | | Tellus Equipment Solutions, LLC, 4241 Hwy 359 E, Alice, TX 78332 |
| 5571697 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5571699 | | Washington Township, Schuylkill County, 225 Frantz Rd, Pine Grove, PA 17963-7931 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5571677 | | Email/PDF: bncnotices@becket-lee.com | Nov 15 2023 19:00:55 | American Express, Attn: Bankruptcy, 200 Vesey St, New York, NY 10285-1000 |
| 5571678 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 15 2023 18:46:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5571680 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 15 2023 18:47:58 | Capital One Financial Corp., Attn: Bankruptcy, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 5571681 | | Email/Text: bankruptcy@connexuscu.org | Nov 15 2023 18:46:00 | Connexus Credit Union, Attn: Bankruptcy, PO Box 8026, Wausau, WI 54402-8026 |
| 5571684 | | Email/Text: bkdocs@guildmortgage.net | Nov 15 2023 18:46:00 | Guild Mortgage Company, Attn: Bankruptcy, 5887 Copley Dr, San Diego, CA 92111-7906 |
| 5571683 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 15 2023 18:46:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 5571685 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Nov 15 2023 18:46:00 | Hyundai Motor Finance, Attn: Bankruptcy, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 5571686 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 15 2023 18:46:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5571687 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 15 2023 18:47:58 | JPMorgan Chase Bank N.A., Bankruptcy Mail Intake Team, 700 Kansas Ln Fl 1, Monroe, LA 71203-4774 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5571688 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 15 2023 18:46:00 | Nelnet, Attn: Bankruptcy, 121 S 13th St, Lincoln, NE 68508-1922 |
| 5571691 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 15 2023 18:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 5576461 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 15 2023 18:46:00 | U.S. Department of Education c/o Nelnet, US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 5571698 | ^ | MEBN | Nov 15 2023 18:42:22 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5571695 | ## | Sheffield Financial, Attn: Bankruptcy, 150 S Stratford Rd, Winston Salem, NC 27104-4227 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2023  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael A. Cibik | on behalf of Debtor 1 Elizabeth Caymares mail@cibiklaw.com cibiklawpc@jubileebk.net;ecf@casedriver.com;cibiklaw@recap.email;cibiklaw@recap.email |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Elizabeth Caymares,<br>**Debtor 1** | Chapter 13<br><br>Case No.    5:23−bk−02305−MJC |

**Notice**

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: December 18, 2023<br><br>Time: 11:00 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 15, 2023 |

ntnew341 (09/23)