WWR# 041310275

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Elizabeth Caymares<br>             Debtor<br><br>Konrad Aaron Bicher<br>             Co-Debtor<br><br>Connexus Credit Union<br>             Movant<br><br>Elizabeth Caymares<br>Respondents/Debtors<br>Jack N Zaharopoulos, Standing Trustee<br>Additional Respondent | CASE NO. 23-02305-MJC<br><br>CHAPTER 13 |

**ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY AND WAIVER OF 14-DAY STAY UNDER FED. BANKR. RULE 4001(a)(3) AND FOR CO-DEBTOR RELIEF**

    AND NOW, this _____ day of _____, _____, upon failure of the Debtor to file an answer or otherwise plead or appear (or after hearing held and consideration of all evidence, arguments and briefs of Counsel:

    It is ORDERED and DECREED that Connexus Credit Union be and is hereby granted relief from the Automatic Stay to take the necessary steps to repossess and liquidate its collateral a: 2023 Cougar 3564 FLS FifthWheel (VIN#4YDFCGS21P32502522).

    It is FURTHER ORDERED and DECREED that Connexus Credit Union is granted Relief from the Automatic Co-Debtor Stay to pursue the co-maker, Konrad Aaron Bicher, for repayment of the obligation to Movant.

    It is FURTHER ORDERED and DECREED that the 14-day stay provided in Fed. Bankr. Rule 4001(a)(3) is waived.

                                                       _____
                                                       HONORABLE MARK J CONWAY
                                                       U.S. BANKRUPTCY JUDGE

CC:
    Movant's Counsel:
    Milos Gvozdenovic, 965 Keynote Circle, Cleveland, OH 44131

    United States Trustee, at ustpregion03.ha.ecf@usdoj.gov

    Trustee:
    Jack N Zaharopoulos, 8125 Adams Drive, Suite A, Hummelstown, PA 17036

    Debtors Attorney:
    Michael A. Cibik, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102

    Debtor:
    Elizabeth Caymare, 137 Dad Burnhams Rd., Pine Grove, PA 17963-8388

    Co-Debtor:
    Konrad Aaron Bicher, 137 Dad Burnhams Road, Pine Grove, PA 17963