WWR# 041310275

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Elizabeth Caymares<br>    Debtor<br><br>Konrad Aaron Bicher<br>    Co-Debtor<br><br>Connexus Credit Union<br>    Movant<br><br>Elizabeth Caymares<br>Respondents/Debtors<br>Jack N Zaharopoulos, Standing Trustee<br>Additional Respondent | CASE NO. 23-01205-MJC<br><br>CHAPTER 13 |

**CERTIFICATE OF SERVICE**

  I, Milos Gvozdenovic Esquire, attorney for Movant, do hereby certify that true and correct copies of the Motion for Relief from the Automatic Stay and Waiver of 14-Day Stay Under Fed. Bankr. Rule 4001(a)(3) and for Co-Debtor Relief and Notice has been served on the 14 day of December, 2023, upon those listed below:

**Service by First-Class Mail**:

Elizabeth Caymares, Debtor
137 Dad Burnhams Rd
Pine Grove, PA 17963

Konrad Aaron Bircher, Co-Debtor
137 Dad Burnhams Road
Pine Grove, PA 17963

**and Service by NEF/ECF**:

Michael A. Cibik, Debtors Attorney at mail@cibiklaw.com
Jack N Zaharopoulos, Trustee at info@pamd13trustee.com
OFFICE OF THE UNITED STATES TRUSTEE at ustpregion03.ha.ecf@usdoj.gov

                 WELTMAN, WEINBERG & REIS CO., L.P.A.

                 /s/ Milos Gvozdenovic
                 Milos Gvozdenovic, Bar No. 0077969
                 Weltman, Weinberg & Reis Co., L.P.A.
                 Attorney for Movant
                 965 Keynote Circle
                 Cleveland, OH 44131
                 216-739-5647
                 mgvozdenovic@weltman.com