WWR# 041310275

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Elizabeth Caymares<br>　　　　　　Debtor<br><br>Konrad Aaron Bicher<br>　　　　　　Co-Debtor<br><br>Connexus Credit Union<br>　　　　　　Movant<br><br>Elizabeth Caymares<br>Respondents/Debtors<br>Jack N Zaharopoulos, Standing Trustee<br>Additional Respondent | CASE NO. 23-02305-MJC<br><br>CHAPTER 13 |

**CERTIFICATION OF NON-CONCURRENCE**

The undersigned hereby certifies that the counsel for Movant, Milos Gvozdenovic, contacted Debtors' Counsel and Trustee with regard to the attached Motion for Relief from the Automatic Stay and Waiver of 14-Day Stay Under Fed. Bankr. Rule 4001(a)(3) and for Co-Debtor Relief, and that as a result of such contact, neither concurs in the Motion and thus oppose the relief sought therein.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　WELTMAN, WEINBERG & REIS CO., L.P.A.

　　　　　　　　　　　　　　　　　/s/ Milos Gvozdenovic
　　　　　　　　　　　　　　　　　Milos Gvozdenovic, Bar No. 0077969
　　　　　　　　　　　　　　　　　Weltman, Weinberg & Reis Co., L.P.A.
　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　965 Keynote Circle
　　　　　　　　　　　　　　　　　Cleveland, OH 44131
　　　　　　　　　　　　　　　　　216-739-5647
　　　　　　　　　　　　　　　　　mgvozdenovic@weltman.com