WWR# 041310275

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Elizabeth Caymares<br>              Debtor<br><br>Konrad Aaron Bicher<br>              Co-Debtor<br><br>Connexus Credit Union<br>              Movant<br><br>Elizabeth Caymares<br>Respondents/Debtors<br>Jack N Zaharopoulos, Standing Trustee<br>Additional Respondent | CASE NO. 23-02305-MJC<br><br>CHAPTER 13<br><br><br><br><br><br><br><br>Matter: Motion for Relief From Automatic Stay<br>and Waiver of 14-Day Stay Under Fed. Bankr.<br>Rule 4001(a)(3) and Co-Debtor Stay |

## NOTICE

Notice is hereby given that:
The Debtor filed a Chapter 13 Bankruptcy Petition on 10/6/23.
A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>197 South Main Street, Room 274<br>Wilkes-Barre, PA 18701 | Date: 1/17/2024<br><br>Time: 10:00 a.m. |

Any objection/response to the above referenced matter must be filed and served on or before 12/28/2023.

If service was properly made and Respondent(s) fail to file an objection/response by the above specified date, the Court **may** determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

Initial requests for a continuance of hearing *( L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.
Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).
Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| U.S. Bankruptcy Court | For the Court:<br>Clerk of the Bankruptcy Court |
| Hours Open: Monday - Friday 9:00AM - 4:00PM | Date: |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-5<br>Case 5:23-bk-02305-MJC<br>Middle District of Pennsylvania<br>Wilkes-Barre<br>Wed Dec  6 11:15:18 EST 2023 | U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes-Barre, PA 18701-1500 | American Express<br>Attn: Bankruptcy<br>200 Vesey St<br>New York, NY 10285-1000 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634-2413 | Capital Bank N.A.<br>2275 Research Blvd. Ste 600<br>Rockville, MD 20850-6238 |
| Capital One Financial Corp.<br>Attn: Bankruptcy<br>1680 Capital One Dr<br>McLean, VA 22102-3407 | Connexus Credit Union<br>Attn: Bankruptcy<br>PO Box 8026<br>Wausau, WI 54402-8026 | Conrad Bicher<br>137 Dad Burnhams Rd<br>Pine Grove, PA 17963-8388 |
| Goldman Sachs Bank USA<br>Attn: Bankruptcy<br>200 West St<br>New York, NY 10282-2198 | (p)GUILD MORTGAGE COMPANY LLC<br>5887 COPLEY DRIVE<br>SAN DIEGO CA 92111-7906 | Hyundai Motor Finance<br>Attn: Bankruptcy<br>PO Box 20829<br>Fountain Valley, CA 92728-0829 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Nelnet<br>Attn: Bankruptcy<br>121 S 13th St<br>Lincoln, NE 68508-1922 |
| Norton Rose Fulbright US LLP<br>1301 Mckinney St Ste 5100<br>Houston, TX 77010-3095 | Pennsylvania Attorney General<br>16th Floor, Strawberry Square<br>Harrisburg, PA 17120-0001 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>1 Revenue Pl<br>Harrisburg, PA 17129-0001 |
| Pennsylvania Office of General Counsel<br>333 Market St Fl 17<br>Harrisburg, PA 17101-2210 | Pine Grove Area School District<br>103 School St<br>Pine Grove, PA 17963-1698 | Schuylkill County Tax Claim Bureau<br>401 N 2nd St<br>Pottsville, PA 17901-1756 |
| Sheffield Financial<br>Attn: Bankruptcy<br>150 S Stratford Rd<br>Winston Salem, NC 27104-4227 | Tellus Equipment Solutions, LLC<br>4241 Hwy 359 E<br>Alice, TX 78332 | U.S. Attorney, Middle District of Pa.<br>235 N Washington Ave Ste 311<br>Scranton, PA 18503-1533 |
| U.S. Department of Education c/o Nelnet<br>US Department of Education c/o Nelnet<br>121 S 13th St<br>Lincoln, NE 68508-1904 | U.S. Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0009 | United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 |
| Washington Township, Schuylkill County<br>225 Frantz Rd<br>Pine Grove, PA 17963-7931 | Elizabeth Caymares<br>137 Dad Burnhams Rd<br>Pine Grove, PA 17963-8388 | (p)JACK N  ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |

Michael A. Cibik
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102-3518


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Guild Mortgage Company<br>Attn: Bankruptcy<br>5887 Copley Dr<br>San Diego, CA 92111-7906 | JPMorgan Chase Bank N.A.<br>Bankruptcy Mail Intake Team<br>700 Kansas Ln Fl 1<br>Monroe, LA 71203-4774 | Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Guild Mortgage Company LLC                End of Label Matrix
                                             Mailable recipients    30
                                             Bypassed recipients     1
                                             Total                  31