UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Elizabeth Caymares<br>        Debtor<br><br>Konrad Aaron Eicher<br>        Co-Debtor<br><br>Connexus Credit Union<br>        Movant<br><br>Elizabeth Caymares<br>        Respondents/Debtors<br><br>Jack N. Zaharopoulos, Standing Trnstee<br>        Additional Respondent | CASE NO. 5:23-02305-MJC<br><br>CHAPTER 13 |

### ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY AND WAIVER OF 14 DAY STAY UNDER FED. BANKR. RULE 4001(a)(3) AND FOR CO-DEBTOR RELIEF

Upon consideration of the Motion for Relief from Automatic Stay, Dkt. # 24, Debtor's Answer filed in response thereto, Dkt. # 25, and after a hearing held on January 17, 2024, it is hereby

**ORDERED** and **DECREED** that Connexus Credit Union be and is hereby granted relief from the Automatic Stay to take the necessary steps to repossess and liquidate its collateral a: 2023 Cougar 3564 FLS FifthWheel (VIN#4YDFCGS21P32502522); and it is further

**ORDERED** and **DECREED** that Connexus Credit Union is granted Relief from the Automatic Co-Debtor Stay to pursue the co-maker, Konrad Aaron Eicher, for repayment of the obligation to Movant; and it is further

**ORDERED** and **DECREED** that the 14-day stay provided in Fed. Bankr. Rule 400l(a)(3) is waived.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: January 17, 2024