United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-02305-MJC |
| Elizabeth Caymares | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: Jan 17, 2024 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Konrad Aaron Bircher, Co-Debtor, 137 Dad Burnhams Road, Pine Grove, PA 17963-8388 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alyk L Oflazian | on behalf of Creditor Guild Mortgage Company LLC amps@manleydeas.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael A. Cibik | on behalf of Debtor 1 Elizabeth Caymares mail@cibiklaw.com cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| Milos Gvozdenovic | on behalf of Creditor Connexus Credit Union mgvozdenovic@weltman.com pitecf@weltman.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Elizabeth Caymares<br>　　　　　Debtor<br><br>Konrad Aaron Eicher<br>　　　　　Co-Debtor<br><br>Connexus Credit Union<br>　　　　　Movant<br><br>Elizabeth Caymares<br>　　　　　Respondents/Debtors<br><br>Jack N. Zaharopoulos, Standing Trnstee<br>　　　　　Additional Respondent | CASE NO. 5:23-02305-MJC<br><br>CHAPTER 13 |

**ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY AND WAIVER OF 14 DAY STAY UNDER FED. BANKR. RULE 4001(a)(3) AND FOR CO-DEBTOR RELIEF**

Upon consideration of the Motion for Relief from Automatic Stay, Dkt. # 24, Debtor's Answer filed in response thereto, Dkt. # 25, and after a hearing held on January 17, 2024, it is hereby

**ORDERED** and **DECREED** that Connexus Credit Union be and is hereby granted relief from the Automatic Stay to take the necessary steps to repossess and liquidate its collateral a: 2023 Cougar 3564 FLS FifthWheel (VIN#4YDFCGS21P32502522); and it is further

**ORDERED** and **DECREED** that Connexus Credit Union is granted Relief from the Automatic Co-Debtor Stay to pursue the co-maker, Konrad Aaron Eicher, for repayment of the obligation to Movant; and it is further

**ORDERED** and **DECREED** that the 14-day stay provided in Fed. Bankr. Rule 400l(a)(3) is waived.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: January 17, 2024