**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (WILKES-BARRE)**

| | |
|---|---|
| In re:<br><br>Elizabeth Caymares,<br><br>        Debtor. | Chapter 13<br><br>Case No. 23-02305 (MJC) |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR NOTICES AND PAPERS**

Pursuant to Bankruptcy Rules 2002, 9007 and 9010(b), Buchanan Ingersoll & Rooney PC ("BIR"), hereby enters its appearance on behalf of Caterpillar Financial Services Corporation and respectfully requests that all notices given or required to be given in this case by the Court, the Debtor, and/or any other parties-in-interest in this case be given BIR at the address and person below. This request includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, and plans, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph or otherwise.

Dated:  February 26, 2024

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Peter S. Russ*
Peter S. Russ (Pa. Id. No. 58284)
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Telephone: (412) 562-8800
Email: peter.russ@bipc.com
*Attorney for Caterpillar Financial Services Corporation*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (WILKES-BARRE)**

| | |
|---|---|
| In re: | Chapter 13 |
| **Elizabeth Caymares,** | |
| **Debtor.** | **Case No. 23-02305 (MJC)** |

## CERTIFICATE OF SERVICE

I hereby certify that I served or caused to be served this 26th day of February, 2024 a copy of the foregoing Notice of Appearance via ECF notification upon all parties-in-interest.

**BUCHANAN INGERSOLL & ROONEY PC**

Dated: February 26, 2024

*/s/ Peter S. Russ*
Peter S. Russ (Pa. Id. No. 58284)
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Tel: (412) 562-8800
Peter.russ@bipc.com
*Attorney for Caterpillar Financial Services Corporation*