IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (WILKES-BARRE)

| | |
|---|---|
| In re:<br>ELIZABETH CAYMARES,<br>Debtor. | Chapter 13<br>Case No. 23-02305 (MJC) |

**ORDER APPROVING STIPULATION AND AGREED ORDER ALLOWING CATERPILLAR FINANCIAL SERVICES CORPORATION TO FILE A PROOF OF <u>CLAIM AFTER THE BAR DATE</u>**

Upon consideration of the Stipulation and Agreed order Allowing Caterpillar Financial Services Corporation to File a Proof of Claim After the Bar Date ("Stipulation") (ECF 38) entered into by Caterpillar Financial Services Corporation ("CAT Financial") and Debtor Elizabeth Caymares ("Debtor"), it is hereby ORDERED, ADJUDGED, and DECREED, that the Stipulation is hereby APPROVED as follows:

1. CAT Financial is hereby granted leave to file its Proof of Claim (Claim No. 7) after the Bar Date.

2. The Debtor shall not object to the timeliness of the filing of CAT Financial's Proof of Claim.

3. The Proof of Claim is deemed timely filed.

4. The entry of this Order shall be without prejudice to the rights of the Debtor or any party in interest to object to such Proof of Claim for a reason other than timeliness of filing same.