UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ELIZABETH CAYMARES : CHAPTER 13
Debtor :
: CASE NO. 5-23-bk-02305-MJC
:
: MOTION FOR RECONSIDERATION
: OF ORDER APPROVING
: STIPULATION AND AGREED ORDER

<u>ORDER</u>

Upon consideration of the Trustee's Motion for Reconsideration of Order Approving Stipulation and Agreed Order Allowing Caterpillar Financial Services Corporation to File a Proof of Claim After the Bar Date,

IT IS HEREBY ORDERED that the Court's Order Approving Stipulation and Agreed Order entered on March 5, 2024 is vacated.