# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | |
|---|---|
| Elizabeth Caymares, | CHAPTER: 13 |
| Debtor(s) | CASE NO. 5:23-bk-02305-MJC |

## NOTICE

The confirmation hearing on the <u>Third</u> Amended Plan ("Plan") has been scheduled for the Debtor(s) at the following date, time, and location:

   Date: <u>April 25, 2024</u>     Time: <u>10:00 a.m.</u>

   Location: U.S. Courthouse, 197 S. Main St.
                Wilkes-Barre, PA

The deadline for filing objections to confirmation of the Plan is: <u>April 18, 2024</u>.

Evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined at the confirmation hearing that an evidentiary hearing is required, an evidentiary hearing will be scheduled for a future date.

A copy of the Plan is enclosed with this Notice. A copy may also be obtained from the case docket through PACER or from the Bankruptcy Clerk's Office.

Requests to participate in a hearing telephonically shall be made in accordance with Local Bankruptcy Rule 9074-1(a).

Date: <u>March 19, 2024</u>            Filed by: <u>/s/ Michael A. Cibik</u>

                                                                          Michael A. Cibik (#23110)
                                                                        Cibik Law, P.C.
                                                                       Counsel for Debtors
                                                                       1500 Walnut Street, Suite 900
                                                                       Philadelphia, PA 19102
                                                                       215-735-1060
                                                                       mail@cibiklaw.com