# United States Bankruptcy Court
## Middle District of Pennsylvania

In re:

Elizabeth Caymares,

Debtor.

Case No. 5:23-bk-02305-MJC

Chapter 13

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's Third Amended Chapter 13 Plan and notice of confirmation hearing on the following parties by first class mail or through the CM/ECF system:

American Express National Bank |c/o Becket and Lee LLP|PO Box 3001|Malvern PA 19355-0701

Bank of America |Attn: Bankruptcy|4909 Savarese Circle|Tampa, FL 33634-2413

Capital Bank N.A. |2275 Research Blvd. Ste 600|Rockville, MD 20850-6238

Capital One Financial Corp. |Attn: Bankruptcy|1680 Capital One Dr|McLean, VA 22102-3407

Caterpillar Financial Services Corporation |c/o Buchanan Ingersoll & Rooney PC|Attn: Peter S. Russ, Esq.|501 Grant Street, Ste 200|Pittsburgh, PA 15219-4413

Connexus Credit Union |Attn: Bankruptcy|PO Box 8026|Wausau, WI 54402-8026

Conrad Bicher |137 Dad Burnhams Rd|Pine Grove, PA 17963-8388

Goldman Sachs Bank USA |Attn: Bankruptcy|200 West St|New York, NY 10282-2198

GUILD MORTGAGE COMPANY LLC|5887 COPLEY DRIVE|SAN DIEGO CA 92111-7906

Hyundai Motor Finance |Attn: Bankruptcy|PO Box 20829|Fountain Valley, CA 92728-0829

Internal Revenue Service |Centralized Insolvency Operation|PO Box 7346|Philadelphia, PA 19101-7346

JPMORGAN CHASE BANK N A|BANKRUPTCY MAIL INTAKE TEAM|700 KANSAS LANE FLOOR 01|MONROE LA 71203-4774

Nelnet |Attn: Bankruptcy|121 S 13th St|Lincoln, NE 68508-1922

Norton Rose Fulbright US LLP |1301 Mckinney St Ste 5100|Houston, TX 77010-3095

PENNSYLVANIA OFFICE OF ATTORNEY GENERAL|ATTN ATTENTION FINANCIAL ENFORCEMENT SECTION|STRAWBERRY SQUARE|15TH FLOOR|HARRISBURG PA 17120-0001

Pennsylvania Department of Revenue |Bankruptcy Division|1 Revenue Pl|Harrisburg, PA 17129-0001

Pennsylvania Office of General Counsel |333 Market St Fl 17|Harrisburg, PA 17101-2210

Pine Grove Area School District |103 School St|Pine Grove, PA 17963-1698

Schuylkill County Tax Claim Bureau |401 N 2nd St|Pottsville, PA 17901-1756

Sheffield Financial |Attn: Bankruptcy|150 S Stratford Rd|Winston Salem, NC 27104-4227

Tellus Equipment Solutions, LLC |4241 Hwy 359 E|Alice, TX 78332

U.S. Attorney, Middle District of Pa. |235 N Washington Ave Ste 311|Scranton, PA 18503-1533

U.S. Department of Education c/o Nelnet |US Department of Education c/o Nelnet|121 S 13th St|Lincoln, NE 68508-1904

U.S. Department of Justice |950 Pennsylvania Ave NW|Washington, DC 20530-0009

Washington Township, Schuylkill County |225 Frantz Rd|Pine Grove, PA 17963-7931

Date: March 19, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com