IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (WILKES-BARRE)

| | |
|---|---|
| In re: | Chapter 13 |
| Elizabeth Caymares, | Case No.: 23-02305 (MJC) |
| Debtor. | Related Docs. 42, 43, 44 |
| | Objections due by: March 21, 2024 |
| | Hearing date: March 28, 2024, 10:00 a.m. |

## CERTIFICATE OF SERVICE

I hereby certify that I served or caused to be served this 21st day of March, 2024 a copy of the foregoing Response to Trustee's Motion for Reconsideration And Objection To Order Granting Leave To Amend Claim And (II) Motion For Leave To File Claim After Bar Date and the Declaration of Erin O'Quinn via ECF notification and via regular U.S. Mail on the parties named on the attached service list.

Dated: March 21, 2024

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Kelly M. Neal*
Kelly M. Neal, Esquire (PA Id. No. 306473)
Peter S. Russ, Esquire (PA Id. 58284)
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15241
Tel: (412) 562-8800
Fax: (412) 562-1041
kelly.neal@bipc.com
peter.russ@bipc.com
*Counsel for Caterpillar Financial Services Corporation*

**Service List**

Elizabeth Caymares
137 Dad Burnhams Road
Pine Grove, PA 17963-8388

Michael A. Cibik
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Alyk L. Oflazian
Adam B. Hall
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028

American Express
Attn: Bankruptcy
200 Vesey St
New York, NY 10285-1000

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634-2413

Capital Bank N.A.
2275 Research Blvd. Ste 600
Rockville, MD 20850-6238

Capital One Financial Corp.
Attn: Bankruptcy
1680 Capital One Dr
McLean, VA 22102-3407

Connexus Credit Union
Attn: Bankruptcy
PO Box 8026
Wausau, WI 54402-8026

Conrad Bicher
137 Dad Burnhams Rd
Pine Grove, PA 17963-8388

Goldman Sachs Bank USA
Attn: Bankruptcy
200 West St
New York, NY 10282-2198

GUILD MORTGAGE COMPANY LLC
5887 COPLEY DRIVE
SAN DIEGO CA 92111-7906

Hyundai Motor Finance
Attn: Bankruptcy
PO Box 20829
Fountain Valley, CA 92728-0829

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Nelnet
Attn: Bankruptcy
121 S 13th St
Lincoln, NE 68508-1922

Norton Rose Fulbright US LLP
1301 Mckinney St Ste 5100
Houston, TX 77010-3095

Pine Grove Area School District
103 School St
Pine Grove, PA 17963-1698

Sheffield Financial
Attn: Bankruptcy
150 S Stratford Rd
Winston Salem, NC 27104-4227

Sheffield Financial, a division of Truist B
PO Box 1847
Wilson, NC 27894-1847

Tellus Equipment Solutions, LLC
4241 Hwy 359 E
Alice, TX 78332

U.S. Department of Education c/o Nelnet
121 S 13th St
Lincoln, NE 68508-1904

Washington Township
Schuylkill County
225 Frantz Rd
Pine Grove, PA 17963-7931