IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (WILKES-BARRE)

| | |
|---|---|
| In re:<br><br>ELIZABETH CAYMARES,<br><br>Debtor. | Chapter 13<br><br>Case No.: 5-23-bk-02305-MJC<br><br>Related Doc. 54 |

### ORDER DENYING TRUSTEE'S MOTION FOR RECONSIDERATION AND OBJECTION TO ORDER GRANTING LEAVE TO AMEND CLAIM

Upon consideration of the Trustee's Motion for Reconsideration and Objection to Order Granting Leave to Amend Claim (the "Motion"),

It is **HEREBY ORDERED** that:

The Motion is **DENIED.**