IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (WILKES-BARRE)

| | |
|---|---|
| In re:<br><br>ELIZABETH CAYMARES,<br><br>    Debtor. | Chapter 13<br><br>Case No.: 23-02305 (MJC) |
| CATERPILLAR FINANCIAL SERVICES CORPORATION,<br><br>    Movant,<br><br>    v.<br><br>ELIZABETH CAYMARES,<br><br>    Respondent. | Objection Deadline: May 3, 2024 |

## CERTIFICATE OF SERVICE

I, Kelly M. Neal, hereby certify that on April 19, 2024, I caused a true and correct copy of the attached Motion of Caterpillar Financial Services Corporation for Leave of Court to Conduct Rule 2004 Examination of Debtors to be served via the methods noted on the attached service list.

                            Respectfully Submitted,

Dated: April 19, 2024              **BUCHANAN INGERSOLL & ROONEY PC**

                            */s/ Kelly M. Neal*
                            Peter S. Russ, Esquire (PA Id. No. 58284)
                            Kelly M. Neal, Esquire (PA Id. No. 306473)
                            Union Trust Building
                            501 Grant Street, Suite 200
                            Pittsburgh, PA 15241
                            peter.russ@bipc.com
                            kelly.neal@bipc.com
                            *Counsel for Caterpillar Financial Services Corporation*

**Service List:**

<u>VIA ECF NOTIFICATION:</u>

Michael A. Cibik
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
215 735-1060
Email: help@cibiklaw.com

Jack N Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Email: info@pamd13trustee.com

All other parties entering appearance

<u>VIA FIRST CLASS, U.S. MAIL:</u>

Elizabeth Caymares
137 Dad Burnhams Road
Pine Grove, PA 17963-8388