IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (WILKES-BARRE)

| | |
|---|---|
| In re:<br><br>ELIZABETH CAYMARES,<br><br>    Debtor. | Chapter 13<br><br>Case No.: 23-02305 (MJC) |
| CATERPILLAR FINANCIAL SERVICES CORPORATION,<br><br>    Movant,<br><br>v.<br><br>ELIZABETH CAYMARES,<br><br>    Respondent. | |

**<u>ORDER OF COURT</u>**

AND NOW, this _____ day of _____, 2024, upon consideration of the Motion of Caterpillar Financial Services Corporation ("CAT Financial") for Leave of Court to Conduct Rule 2004 Examination of Debtor (the "Motion"), it is hereby

ORDERED, that the Motion is GRANTED in all respects; and it is further

ORDERED, that the CAT Financial shall be permitted to conduct a Rule 2004 Examination of the Debtor regarding Konstruction, the the Collateral a Missing Collateral (as defined in the Motion) at a mutually agreeable date and location to be held no later than 30-days from the date of this Order.