IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(WILKES-BARRE)

| | |
|---|---|
| In re:<br><br>ELIZABETH CAYMARES,<br>    Debtor.<br><br>CATERPILLAR FINANCIAL SERVICES CORPORATION,<br>    Movant,<br><br>v.<br><br>ELIZABETH CAYMARES,<br>    Respondent. | Chapter 13<br><br>Case No.: 5:23-bk-02305-MJC |

## ORDER

Upon consideration of the Motion of Caterpillar Financial Services Corporation ("CAT Financial") for Leave of Court to Conduct Rule 2004 Examination of Debtor, Dkt. # 59 ("Motion"), it is hereby

**ORDERED**, that the Motion is **GRANTED** in all respects; and it is further

**ORDERED**, that CAT Financial shall be permitted to conduct a Rule 2004 Examination of the Debtor regarding Konstruction Built LLC, the Collateral and Missing Collateral (as defined in the Motion) at a mutually agreeable date and location to be held no later than 30-days from the date of this Order.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: May 8, 2024