| In re: | Case No. 23-02305-MJC |
|---|---|
| Elizabeth Caymares | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: May 08, 2024     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Elizabeth Caymares, 137 Dad Burnhams Rd, Pine Grove, PA 17963-8388 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alyk L Oflazian | on behalf of Creditor Guild Mortgage Company LLC amps@manleydeas.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kelly M Neal | on behalf of Creditor Caterpillar Financial Services Corporation kelly.neal@bipc.com donna.curcio@bipc.com;joseph.roadarmel@bipc.com;eservice@bipc.com |
| Michael A. Cibik | on behalf of Debtor 1 Elizabeth Caymares help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| Milos Gvozdenovic | on behalf of Creditor Connexus Credit Union mgvozdenovic@weltman.com pitecf@weltman.com |

Peter S Russ
    on behalf of Creditor Caterpillar Financial Services Corporation peter.russ@bipc.com donna.curcio@bipc.com;joseph.roadarmel@bipc.com;eservice@bipc.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(WILKES-BARRE)

| | |
|---|---|
| In re:<br><br>ELIZABETH CAYMARES,<br>    Debtor.<br><br>CATERPILLAR FINANCIAL SERVICES CORPORATION,<br>    Movant,<br><br>v.<br><br>ELIZABETH CAYMARES,<br>    Respondent. | Chapter 13<br><br>Case No.:  5:23-bk-02305-MJC |

### ORDER

Upon consideration of the Motion of Caterpillar Financial Services Corporation ("CAT Financial") for Leave of Court to Conduct Rule 2004 Examination of Debtor, Dkt. # 59 ("Motion"), it is hereby

**ORDERED**, that the Motion is **GRANTED** in all respects; and it is further

**ORDERED**, that CAT Financial shall be permitted to conduct a Rule 2004 Examination of the Debtor regarding Konstruction Built LLC, the Collateral and Missing Collateral (as defined in the Motion) at a mutually agreeable date and location to be held no later than 30-days from the date of this Order.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: May 8, 2024