IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (WILKES-BARRE)

| | |
|---|---|
| In re:<br><br>ELIZABETH CAYMARES,<br><br>　　Debtor. | Chapter 13<br><br>Case No.: 23-02305 (MJC) |
| CATERPILLAR FINANCIAL SERVICES CORPORATION,<br><br>　　Movant,<br><br>　　v.<br><br>ELIZABETH CAYMARES,<br><br>　　Respondent. | |

## NOTICE OF TAKING RULE 2004 EXAMINATION

TO:　Elizabeth Caymares　　　　　　　Michael A. Cibik
　　　137 Dad Burnhams Road　　　　　Michael Assad
　　　Pine Grove, PA 17963-8388　　　　Cibik Law, P.C.
　　　　　　　　　　　　　　　　　　　1500 Walnut Street
　　　　　　　　　　　　　　　　　　　Suite 900
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102

**PLEASE TAKE NOTICE** that Caterpillar Financial Services Corporation ("CAT Financial"), by and through its undersigned counsel, will examine under oath, Debtor Elizabeth Caymares, and gives notice of the examination via Zoom video conference on **Wednesday, May 29, 2024 beginning at 9:00 a.m.** pursuant to the Order [ECF # 61] granting CAT Financial's Motion for Leave of Court to Conduct Rule 2004 Examination of Debtor [ECF #59]. The examination may continue from day to day until completed.

All parties wishing to attend the examination may contact Kelly M. Neal at kelly.neal@bipc.com, with a copy to Joe Roadarmel at joseph.roadarmel@bipc.com, for instructions to join.

|                           | Respectfully Submitted,                        |
|---------------------------|------------------------------------------------|
| Dated: May 24, 2024       | **BUCHANAN INGERSOLL & ROONEY PC**             |

<u>*/s/ Kelly M. Neal*</u>
Peter S. Russ, Esquire (PA Id. No. 58284)
Kelly M. Neal, Esquire (PA Id. No. 306473)
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15241
peter.russ@bipc.com
kelly.neal@bipc.com

*Counsel for Caterpillar Financial Services Corporation*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case, via e-mail to Michael A. Cibik, Esq. and Michael Assad (Email: help@cibiklaw.com and mike.assad@cibiklaw.com), via e-mail to counsel for the Chapter 13 Trustee, Agatha McHale, Esq. (Email: amchale@pamd13trustee.com) and via U.S. Mail to Debtor Elizabeth Caymares, 137 Dad Burnhams Road, Pine Grove, PA 17963-8388.

<u>*/s/ Kelly M. Neal*</u>
Peter S. Russ, Esquire (PA Id. No. 58284)
Kelly M. Neal, Esquire (PA Id. No. 306473)

Case 5:23-bk-02305-MJC   Doc 63   Filed 05/24/24   Entered 05/24/24 09:15:39   Desc
Main Document      Page 2 of 2