IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (WILKES-BARRE)

| | | |
|---|---|---|
| In re: | : | CHAPTER 13 |
| | : | |
| ELIZABETH CAYMARES, | : | Case No: 23-02305 (MJC) |
| | : | Related Document No. 50 |
| Debtor. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that I served or caused to be served this 26th day of June, 2024 a copy of the foregoing *Limited Objection and Reservation of Rights of Caterpillar Financial Services Corporation to the Confirmation of Debtor's Third Amended Chapter 13 Plan* via ECF notification, via regular U.S. Mail on the Debtor Elizabeth Caymares at 137 Dad Burnhams Road, Pine Grove, PA 17963-8388, and via electronic mail on Debtor's Counsel Michael A. Cibik at help@cibiklaw.com and on Chapter 13 Trustee Jack N. Zaharopoulos at info@pamd13trustee.com.

Dated: June 26, 2024

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Kelly M. Neal*
Kelly M. Neal, Esquire (PA Id. No. 306473)
Peter S. Russ, Esquire (PA Id. 58284)
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15241
Tel: (412) 562-8800
Fax: (412) 562-1041
kelly.neal@bipc.com
peter.russ@bipc.com
*Counsel for Caterpillar Financial Services Corporation*