United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Elizabeth Caymares  
 Debtor

Case No. 23-02305-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: AutoDocke Page 1 of 3
Date Rcvd: Aug 08, 2024 Form ID: ordsmiss Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Elizabeth Caymares, 137 Dad Burnhams Rd, Pine Grove, PA 17963-8388 |
| cr | + | Caterpillar Financial Services Corporation, Buchanan Ingersoll & Rooney PC, ATTN: Peter S. Russ, Esq., 501 Grant Street, Suite 200, Union Trust Building Pittsburgh, PA 15219-4413 |
| 5571679 | + | Capital Bank N.A., 2275 Research Blvd. Ste 600, Rockville, MD 20850-6238 |
| 5598315 | + | Caterpillar Financial Services Corporation, c/o: Buchanan Ingersoll & Rooney PC, Attn: Kelly M. Neal, Esq., 501 Grant Street, Ste. 200, Pittsburgh, PA 15219-4413 |
| 5598314 | + | Caterpillar Financial Services Corporation, c/o Buchanan Ingersoll & Rooney PC, Attn: Peter S. Russ, Esq., 501 Grant Street, Ste 200, Pittsburgh, PA 15219-4413 |
| 5599517 | + | Caterpillar Financial Services Corporation, c/o Peter S. Russ & Kelly M. Neal, 501 Grant Street, Suite 200, Pittsburgh, PA 15219-4413 |
| 5571682 | | Conrad Bicher, 137 Dad Burnhams Rd, Pine Grove, PA 17963-8388 |
| 5571689 | # | Norton Rose Fulbright US LLP, 1301 Mckinney St Ste 5100, Houston, TX 77010-3095 |
| 5571693 | | Pine Grove Area School District, 103 School St, Pine Grove, PA 17963-1698 |
| 5571694 | | Schuylkill County Tax Claim Bureau, 401 N 2nd St, Pottsville, PA 17901-1756 |
| 5571696 | | Tellus Equipment Solutions, LLC, 4241 Hwy 359 E, Alice, TX 78332 |
| 5571697 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5571699 | | Washington Township, Schuylkill County, 225 Frantz Rd, Pine Grove, PA 17963-7931 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5571677 | | Email/PDF: bncnotices@becket-lee.com | Aug 08 2024 18:45:41 | American Express, Attn: Bankruptcy, 200 Vesey St, New York, NY 10285-1000 |
| 5578976 | | Email/PDF: bncnotices@becket-lee.com | Aug 08 2024 18:45:45 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5571678 | + | EDI: BANKAMER | Aug 08 2024 22:40:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5571680 | | EDI: CAPITALONE.COM | Aug 08 2024 22:40:00 | Capital One Financial Corp., Attn: Bankruptcy, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 5571681 | | Email/Text: bankruptcy@connexuscu.org | Aug 08 2024 18:40:00 | Connexus Credit Union, Attn: Bankruptcy, PO Box 8026, Wausau, WI 54402-8026 |
| 5571684 | | Email/Text: bkdocs@guildmortgage.net | Aug 08 2024 18:40:00 | Guild Mortgage Company, Attn: Bankruptcy, 5887 Copley Dr, San Diego, CA 92111-7906 |
| 5583406 | | Email/Text: bkdocs@guildmortgage.net | Aug 08 2024 18:40:00 | Guild Mortgage Company, LLC, P.O. Box 85304, San Diego, CA 92186-9883 |
| 5571683 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 08 2024 18:40:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5571685 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Aug 08 2024 18:40:00 | Hyundai Motor Finance, Attn: Bankruptcy, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 5571686 | | EDI: IRS.COM | Aug 08 2024 22:40:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5571687 | | EDI: JPMORGANCHASE | Aug 08 2024 22:40:00 | JPMorgan Chase Bank N.A., Bankruptcy Mail Intake Team, 700 Kansas Ln Fl 1, Monroe, LA 71203-4774 |
| 5571688 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 08 2024 18:40:00 | Nelnet, Attn: Bankruptcy, 121 S 13th St, Lincoln, NE 68508-1922 |
| 5571690 | | Email/Text: fesbank@attorneygeneral.gov | Aug 08 2024 18:40:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 5571691 | | EDI: PENNDEPTREV | Aug 08 2024 22:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 5571691 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 08 2024 18:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 5571692 | ^ | MEBN | Aug 08 2024 18:37:19 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5582984 | | Email/Text: bankruptcy@bbandt.com | Aug 08 2024 18:40:00 | Sheffield Financial, a divisionn of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 5576461 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 08 2024 18:40:00 | U.S. Department of Education c/o Nelnet, US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 5571698 | ^ | MEBN | Aug 08 2024 18:37:09 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5571695 | ## | Sheffield Financial, Attn: Bankruptcy, 150 S Stratford Rd, Winston Salem, NC 27104-4227 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2024　　　　　　Signature:　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alyk L Oflazian | on behalf of Creditor Guild Mortgage Company LLC amps@manleydeas.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kelly M Neal | on behalf of Plaintiff Caterpillar Financial Services Corporation kelly.neal@bipc.com donna.curcio@bipc.com;joseph.roadarmel@bipc.com;eservice@bipc.com |
| Kelly M Neal | on behalf of Creditor Caterpillar Financial Services Corporation kelly.neal@bipc.com donna.curcio@bipc.com;joseph.roadarmel@bipc.com;eservice@bipc.com |
| Michael A. Cibik | on behalf of Debtor 1 Elizabeth Caymares help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| Michael I. Assad | on behalf of Defendant Elizabeth Caymares help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| Milos Gvozdenovic | on behalf of Creditor Connexus Credit Union mgvozdenovic@weltman.com pitecf@weltman.com |
| Peter S Russ | on behalf of Creditor Caterpillar Financial Services Corporation peter.russ@bipc.com donna.curcio@bipc.com;joseph.roadarmel@bipc.com;eservice@bipc.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Elizabeth Caymares,   Chapter   13

**Debtor 1**

Case No.   5:23−bk−02305−MJC

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

Dated: August 8, 2024

ordsmiss (05/18)