# Cibik Law, P.C.    INVOICE

1500 Walnut Street, Suite 900  
Philadelphia, PA 19102

Invoice # 5  
Date: 08/12/2024  
Due On: 09/11/2024

Elizabeth Caymares  
137 Dad Burnhams Rd  
Pine Grove, PA 17963

## 2405-Caymares

## Bankruptcy 23-02305

| Date | Attorney | Notes | Quantity | Total |
|---|---|---|---|---|
| 10/01/2023 | MC | A106 Communicate (with client) B110 Case Administration: Initial consultation - discussed objectives with client and answered questions. | 2.00 | $700.00 |
| 10/06/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted bankruptcy petition | 0.40 | $140.00 |
| 10/10/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted creditor matrix | 0.60 | $210.00 |
| 10/27/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted chapter 13 plan | 1.00 | $350.00 |
| 11/15/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted schedules, statement of financial affairs, and means test | 2.60 | $910.00 |
| 12/14/2023 | MA | A103 Draft/revise B110 Case Administration: Reviewed motion for relief from stay and drafted objection | 0.40 | $140.00 |
| 12/18/2023 | MA | A109 Appear for/attend B150 Meetings of and Communications with Creditors: Represented debtor at meeting of creditors | 0.40 | $140.00 |
| 03/11/2024 | MA | A103 Draft/revise B110 Case Administration: Drafted amended chapter 13 plan | 0.80 | $280.00 |
| 03/18/2024 | MA | A103 Draft/revise B110 Case Administration: Drafted amended chapter 13 plan | 0.50 | $175.00 |
| 03/28/2024 | MA | A109 Appear for/attend B150 Meetings of and Communications with Creditors: Represented debtor at hearing on trustee's motion to reconsider allowance of claim | 0.40 | $140.00 |
| 05/29/2024 | MA | A109 Appear for/attend B150 Meetings of and Communications with Creditors: Represented client at 2004 examination. | 3.40 | $1,190.00 |
| 08/12/2024 | MA | A103 Draft/revise B160 Fee/Employment Applications: Reviewed time slips and drafted fee application. | 0.40 | $140.00 |

|  |  |  | **Quantity Subtotal** | **12.9** |
|---|---|---|---|---|

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Mike Assad | Attorney | 10.9 | $350.00 | $3,815.00 |
| Michael Cibik | Attorney | 2.0 | $350.00 | $700.00 |
|  |  |  | **Quantity Total** | **12.9** |
|  |  |  | **Subtotal** | $4,515.00 |
|  |  |  | **Total** | $4,515.00 |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5 | 09/11/2024 | $4,515.00 | $0.00 | $4,515.00 |
|  |  |  | **Outstanding Balance** | $4,515.00 |
|  |  |  | **Total Amount Outstanding** | $4,515.00 |

Please make all amounts payable to: Cibik Law, P.C.

Please pay within 30 days.