**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Elizabeth Caymares,<br><br>Debtor. | Case No. 5:23-bk-02305-MJC<br><br>Chapter 13 |

**Order Approving Application to Approve Compensation**

**AND NOW**, upon consideration of the Application to Approve Compensation filed by Cibik Law, P.C., and no objections having been filed to the notice of the application, it is hereby **ORDERED** that:

1. The application is **APPROVED.**

2. Cibik Law, P.C. is **ALLOWED** compensation in the amount of $4,500.00.

3. The balance due to counsel in the amount of $1,000 shall be disbursed by the Trustee.