# United States Bankruptcy Court
## Middle District of Pennsylvania

In re:

    Elizabeth Caymares,

        Debtor.

Case No. 5:23-bk-02305-MJC

Chapter 13

## Certificate of Service

I certify that on this date I served a true and correct copy of the Application to Approve Compensation and the notice on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Jack N. Zaharopoulos (CM/ECF)

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634-2413

Capital Bank N.A.
2275 Research Blvd. Ste 600
Rockville, MD 20850-6238

Capital One Financial Corp.
Attn: Bankruptcy
1680 Capital One Dr
McLean, VA 22102-3407

Caterpillar Financial Services Corporation
c/o: Buchanan Ingersoll & Rooney PC
Attn:  Kelly M. Neal, Esq.
501 Grant Street, Ste. 200
Pittsburgh, PA 15219-4413

Connexus Credit Union
Attn: Bankruptcy
PO Box 8026
Wausau, WI 54402-8026

Conrad Bicher
137 Dad Burnhams Rd
Pine Grove, PA 17963-8388

Goldman Sachs Bank USA
Attn: Bankruptcy
200 West St
New York, NY 10282-2198

GUILD MORTGAGE COMPANY LLC
5887 COPLEY DRIVE
SAN DIEGO CA 92111-7906

Hyundai Motor Finance
Attn: Bankruptcy
PO Box 20829
Fountain Valley, CA 92728-0829

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Nelnet
Attn: Bankruptcy
121 S 13th St
Lincoln, NE 68508-1922

Norton Rose Fulbright US LLP
1301 Mckinney St Ste 5100
Houston, TX 77010-3095

PENNSYLVANIA OFFICE OF ATTORNEY GENERAL
ATTN ATTENTION FINANCIAL ENFORCEMENT SECTION
STRAWBERRY SQUARE
15TH FLOOR
HARRISBURG PA 17120-0001

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

Pine Grove Area School District
103 School St
Pine Grove, PA 17963-1698

Schuylkill County Tax Claim Bureau
401 N 2nd St
Pottsville, PA 17901-1756

Sheffield Financial, a divisionn of Truist B
PO Box 1847
Wilson, NC 27894-1847

Tellus Equipment Solutions, LLC
4241 Hwy 359 E
Alice, TX 78332

U.S. Attorney, Middle District of Pa.
235 N Washington Ave Ste 311
Scranton, PA 18503-1533

U.S. Department of Education c/o Nelnet
US Department of Education c/o Nelnet
121 S 13th St
Lincoln, NE 68508-1904

U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0009

Washington Township, Schuylkill County
225 Frantz Rd
Pine Grove, PA 17963-7931

Elizabeth Caymares
137 Dad Burnhams Rd
Pine Grove, PA 17963-8388

Date: August 12, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com