UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:  Case No. 5:23-bk-02305-MJC

Elizabeth Caymares,  Chapter 13

Debtor.

## ORDER APPROVING APPLICATION TO APPROVE COMPENSATION

Upon consideration of the Application to Approve Compensation filed by Cibik Law, P.C., Dkt. # 72 ("Application"), and no objections having been filed to the notice of the application,

**IT IS HEREBY ORDERED** that:

1. The Application is **APPROVED**.
2. Cibik Law, P.C. is **ALLOWED** compensation in the amount of $4,500.00.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: September 12, 2024